UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JOSEPH R. MADURA,

      Plaintiff,

   v.                                                                   ORDER

MICHAEL J. ASTRUE,                                      Civil No. 09-1439-HU
Commissioner of Social Security,

      Defendant.

---

HAGGERTY, District Judge:

    Magistrate Judge Hubel referred to this court a Findings and Recommendation [13] in this matter. The Magistrate Judge recommends that defendant's Motion to Dismiss [10] be granted. No objections were filed, and the case was referred to this court.

    The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. U.S. Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

ORDER - 1

No clear error appears on the face of the record. This court adopts the Findings and Recommendation.

**CONCLUSION**

The Findings and Recommendation [13] is ADOPTED.

IT IS SO ORDERED.

Dated this   2   day of August, 2010.

        /s/ Ancer L. Haggerty
Ancer L. Haggerty
United States District Judge

ORDER - 2